# Morgan Lewis

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  2/22/2022
```

**Michael F. Fleming**
Associate
+1.212.309.6207
michael.fleming@morganlewis.com

February 22, 2022

**VIA ECF**

Hon. Mary Kay Vyskocil
United States District Judge
United States District Court for the Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Courtroom 18C
New York, NY 10007-1312

Re: **_Contreras v. Cinmar, LLC_, Case No. 22-cv-00449-MKV**
**Request to Extend Time to Respond to the Complaint**

Dear Judge Vyskocil:

We represent defendant Cinmar, LLC ("Defendant") in connection with the above-referenced action. Pursuant to Your Honor's Individual Rules of Practice in Civil Cases, we write with the consent of counsel for Plaintiff Yensy Contreras ("Plaintiff") respectfully to request that the Court extend Defendant's time to respond to the Complaint from February 24, 2022 to March 17, 2022. This is Defendant's first request for an extension of time to respond to the Complaint. In support of this request, counsel for Defendant states that it was recently engaged in this action, and this extension, if granted, will permit counsel for Defendant to become familiar with the relevant facts and allegations in order to respond to the Complaint. As noted above, Plaintiff's counsel consents to this requested extension. If granted, this extension will not affect any other dates scheduled in this action.

We thank the Court in advance for its consideration of this request.

Respectfully submitted,

/s/ Michael F. Fleming

Michael F. Fleming

c: All Counsel of Record (via ECF)

**Granted. SO ORDERED.**

Date: 2/22/2022
New York, New York

*Mary Kay Vyskocil*
Mary Kay Vyskocil
United States District Judge

**Morgan, Lewis & Bockius LLP**

101 Park Avenue
New York, NY  10178-0060            T  +1.212.309.6000
United States                       F  +1.212.309.6001